■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICHOLAS SANTORA, Appellant.—Judgment of the Supreme Court, Suffolk County, rendered June 29, 1979, affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J. P., Damiani, Titone and Martuscello, JJ., concur.